IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| HENRY LUCKETT | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION CASE NO. 4:06CV68-P-B |
| WERNER ENTERPRISES, INC. | ) | |
| Defendant. | ) | |

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR LEAVE TO EXCEED FIVE DEPOSITIONS

Upon Motion [doc. 26] of Plaintiff and for good cause shown, it is hereby **ORDERED** that Plaintiff is granted leave to conduct the depositions of the seven (7) fact witnesses listed in the instant motion.

**SO ORDERED** this, the 20th day of February, 2007.

/s/ Eugene M. Bogen
U.S. MAGISTRATE JUDGE