# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**HENRY LUCKETT**                                                      **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO. 4:06CV68-WAP-EMB**

**WERNER ENTERPRISES, INC.**                                  **DEFENDANT**

## ORDER

**BEFORE THE COURT** is the motion of Jim D. Waide, III, and Ronnie Lee Woodruff, counsel of record for Plaintiff Henry Luckett, for leave to withdraw [doc. 58]. Having given due consideration to the motion and the record, the Court finds counsel have failed to properly certify that they have notified their client of the instant motion pursuant to Local Rule 83.1(B)(3). Accordingly, the instant motion is hereby denied without prejudice.

**SO ORDERED THIS** 10th day of May, 2007.

                                                                **/s/ Eugene M. Bogen**
                                                                **United States Magistrate Judge**